UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLMAN PROPERTY, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BANK OF AMERICA, N.A, INC. et al., )<br>)<br>Defendants. )<br>) | 2:14-cv-01230-RCJ-VCF<br><br>**ORDER** |

  This case arises out of the foreclosure of real property.  Pending before the Court are two Motions to Dismiss (ECF Nos. 7, 10).  First, Defendant Bank of America, N.A. has asked the Court to dismiss for improper service of process, because Plaintiff may not represent itself in this Court, for lack of standing, and for failure to state a claim.  Second, Defendant National Default Servicing Corp. has asked the Court to dismiss for failure to state a claim.

  Bank of America is correct that a business entity such as Plaintiff must be represented by a licensed attorney in federal court. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) (citing 28 U.S.C. § 1654); *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("A corporation may appear in federal court only through licensed counsel.").  Therefore, because the Court cannot acknowledge the pleading filed at ECF No. 1, the Court will strike it and dismiss the case without prejudice.  Plaintiff's

response, which the Court cannot acknowledge in any case, as it is not filed by licensed counsel, concerns only the merits and fails to address the other three bases for the motion.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 7) is GRANTED IN PART, and the case is dismissed without prejudice.

IT IS FURTHER ORDERED that the Motion to Dismiss (ECF No. 10) is DENIED as moot.

IT IS FURTHER ORDERED that the Complaint (ECF No. 1) is STRICKEN.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 15th day of October, 2014.

_____
ROBERT C. JONES
United States District Judge